PROB 12C
(6/16)

Report Date: November 6, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 07, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Aldric Smieja Hernick             Case Number: 0980 2:19CR00103-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rebecca Beach Smith, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 17, 2015

Original Offense:        Possession of Child Pornography, 18 U.S.C. § 2252(a)(4)

Original Sentence:       Prison - 70 months              Type of Supervision: Supervised Release
                         TSR - 180 months

Asst. U.S. Attorney:     U.S. Attorneys Office           Date Supervision Commenced: May 9, 2019

Defense Attorney:        Federal Defenders Office        Date Supervision Expires: May 8, 2034

## PETITIONING THE COURT

**To issue a SUMMONS.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #4**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and periodic drug tests thereafter, as determined by the court. |

<u>**Supporting Evidence**</u>: Aldric Hernick violated mandatory condition number 4 by failing to refrain from the use of unlawful controlled substances on or about October 29, 2019.

Mr. Hernick reported as directed to October 29, 2019.  Mr. Hernick provided a urine sample as directed. The sample tested presumptive positive for cocaine.  Mr. Hernick denied use and the sample was sent to Alere Laboratory for confirmation.  It was returned as positive for cocaine on November 4, 2019.

On May 9, 2019, Aldric Hernick signed his judgment for case number 2:19CR00103-TOR-1 during his initial intake, indicating he understood all conditions ordered by the Court. Specifically, Mr. Hernick was made aware by his U.S. probation officer that he must not consume controlled substances.

Prob12C
Re: Hernick, Aldric Smieja
November 6, 2019
Page 2

2   **Special Condition #9**: The defendant shall comply with the requirements of the computer monitoring program as administered by the Probation Office. The defendant shall consent to the installation of computer monitoring software on any computer to which the defendant has access. Installation shall be performed by the probation officer. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. The defendant shall also notify others of the existence of the monitoring software. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The costs of the monitoring shall be paid by the defendant.

**Supporting Evidence**: Aldric Hernick violated special condition number 9 by circumventing the monitoring software on his telephone in order to view pornography on October 24 and 25, 2019.

On October 29, 2019, the undersigned officer received a weekly monitoring report from the monitoring software, Covenant Eyes, stating Mr. Hernick may have viewed pornography. Further investigation revealed Mr. Hernick was using an adult video game with pornographic cartoon images.

Mr. Hernick reported to the office as directed to discuss his possible violation. It was determined that Mr. Hernick's telephone was not being monitored for a period of time. Mr. Hernick stated he discovered when his phone runs out of battery and he plugs the phone back into power, the software will not automatically restart once the phone is charged and turned back on. Once Mr. Hernick discovered this, he started viewing pornography on the phone as he knew his viewing would not be reported.

On May 9, 2019, Aldric Hernick signed his judgment for case number 2:19CR00103-TOR-1 during his initial intake, indicating he understood all conditions ordered by the Court. Specifically, Mr. Hernick was made aware by his U.S. probation officer that he must not remove, circumvent or tamper with the monitoring software on his computer and telephone.

3   **Special Condition #10**: The defendant shall not utilize any sex-related adult telephone services, websites, or electronic bulletin boards. The defendant shall submit any records requested by the probation officer to verify compliance with this condition including, but not limited to, credit card bills, telephone bills, and cable/satellite television bills.

**Supporting Evidence**: Aldric Hernick violated special condition number 10 by accessing sex-related websites on or about October 24, 2019, until on or about October 28, 2019.

On October 29, 2019, the undersigned officer received a weekly monitoring report from the monitoring software, Covenant Eyes, stating Mr. Hernick may have viewed pornography. Further investigation revealed Mr. Hernick was using an adult video game with pornographic cartoon images.

Mr. Hernick reported to the office as directed to discuss his possible violation. It was determined that Mr. Hernick's telephone was not being monitored until the day he was directed to report to the U.S. Probation Office. A search of Mr. Hernick's telephone's Internet search history revealed Mr. Hernick had visited numerous pornographic websites.

Prob12C
Re: Hernick, Aldric Smieja
November 6, 2019
Page 3

After denying the behaviors, Mr. Hernick finally admitted to viewing a pornographic website after he knew his telephone Internet use was not being monitored.

On May 9, 2019, Aldric Hernick signed his judgment for case number 2:19CR00103-TOR-1 during his initial intake, indicating he understood all conditions ordered by the Court. Specifically, Mr. Hernick was made aware by his U.S. probation officer that he must not utilize adult websites.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/06/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

November 7, 2019
Date