PROB 12C
(6/16)

Report Date: January 31, 2024

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Aldric Smieja Hernick | Case Number: 0980 2:19CR00103-TOR-1 |
| Address of Offender: ███████████████ , Spokane Valley, Washington 99216 | |

Name of Sentencing Judicial Officer: The Honorable Rebecca Beach Smith, Chief U.S. District Court Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Court Judge

Date of Original Sentence: November 17, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(4) | | |
| Original Sentence: | Prison - 70 months<br>TSR - 180 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: | May 9, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | May 8, 2034 |

## PETITIONING THE COURT

To issue a **WARRANT**.

On May 9, 2019, the assigned U.S. probation officer reviewed a copy of the conditions of supervision with Mr. Hernick as outlined in the judgment and sentence. Mr. Hernick acknowledged and understanding of those conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Hernick allegedly violated the above-stated condition on January 30, 2024. On this date, Mr. Hernick was arrested by the Spokane County Sheriff's Department (SCSO) for: fourth degree assault, pursuant to SCSO case number 2024-10014485. |
| | According to SCSO case number 2024-10014485, a complainant contacted law enforcement regarding a possible domestic violence situation coming from a neighboring apartment. Officers arrived on scene and spoke with Mr. Hernick and his wife. They were advised the couple were in an argument that escalated when Mr. Hernick placed his hands on his wife, shoving her onto the couch. Mr. Hernick attempted to "hug or put his arms around" his wife afterward in an attempt to calm her down. This frightened her and she reacted by biting him, causing him to pull away and breaking the earpiece on her glasses in doing so. |

Prob12C
Re: Hernick, Aldric Smieja
January 31, 2024
Page 2

Based on his admission of having shoved his wife onto the couch, Mr. Hernick was arrested and charged with the aforementioned crime.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/31/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

January 31, 2024

Date