FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALDRIC SMIEJA HERNICK,<br><br>Defendant. | No. 2:19-CR-00103-TOR-1<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 43)** |

  Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 43**.  Defendant recites in his motion that United States Probation and the United States have no objection to Defendant's motion.

  Specifically, Defendant is requesting the Court to modify Condition No. 1 in the Order Following Initial Appearance on Supervised Release Violation Petition and Detention Hearing, ECF No. 38 to allow Defendant to reside with his spouse now that the No Contact Order has been withdrawn and the case has been dismissed by the State.

  The Court, finding good cause, **IT IS ORDERED:**

  1. Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 43,** is **GRANTED**.

ORDER - 1

2. Defendant shall be allowed to reside at his spouse's residence at 16801 E. Mission Parkway, #Q205 pending his revocation hearing.

3. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 16, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2